IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PEGGY WAPLES,<br><br>Defendant. | CR 21–45–BLG–DLC–2<br><br><br><br>ORDER |

Before the Court is the United States' Motion to Dismiss Indictment with Prejudice. (Doc. 88.) The motion states that Defendant Peggy Waples died on March 21, 2022 from metastatic lung cancer. (*Id.* at 1.)

Accordingly, IT IS ORDERED that the motion (Doc. 88) is GRANTED. The indictment against Defendant Peggy Waples is DISMISSED WITH PREJUDICE.

DATED this 29th day of March, 2022.

*/s/ Dana L. Christensen*
Dana L. Christensen, District Judge
United States District Court

1